IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GLICENIA C. LOGAN                                                                                       PLAINTIFF

v.                                         CASE NO. 2:24-cv-2018

VANESSA GREEN, ET AL                                                                              DEFENDANTS

## **ORDER**

The Court has received a report and recommendation (Doc. 6) by U.S. Magistrate Judge Mark E. Ford. No objections have been filed and the deadline to file objections has passed. The Magistrate recommends that the Court dismiss this action as barred by the filing restriction placed on plaintiff in the case *Logan v. Sky Rise Real Estate Fund, LLC, et al.,* Civil No, 2:21-cv-2063 (ECF No. 42). The Motion to Proceed IFP (ECF No. 3) should be denied as moot. It is further recommended that the Clerk be DIRECTED to enter a restricted filer flag for Glicenia C. Logan in this District. The report and recommendation is proper, contains no clear error, and is ADOPTED IN ITS ENTIRETY.

IT IS THEREFORE ORDERED that this case is DISMISSED WITHOUT PREJUDICE. Judgment will be entered accordingly.

IT IS SO ORDERED this March 28, 2024.

/s/ P. K. Holmes III
P.K. HOLMES III
U.S. DISTRICT JUDGE